SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
FIDEL HERNANDEZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDEL HERNANDEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>OLYMPIC DONUTS, INC.; PHYLLIS TELIS, AS TRUSTEE OF THE SAM TELIS AND PHYLLIS TELIS INTER VIVOS TRUST AGREEMENT; BERNARD M. SMUKLER, AS TRUSTEE OF THE SMUKLER LIVING TRUST; DOES 1 to 10,<br><br>    Defendants. | **Case No.: 2:21-cv-00092-SB (SKx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT PHYLLIS TELIS, AS TRUSTEE OF THE SAM TELIS AND PHYLLIS TELIS INTER VIVOS TRUST AGREEMENT** |

    **PLEASE TAKE NOTICE** that Plaintiff FIDEL HERNANDEZ ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant PHYLLIS TELIS, AS TRUSTEE OF THE SAM TELIS AND PHYLLIS TELIS INTER VIVOS TRUST AGREEMENT ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

    (1)    *Without a Court Order.*  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, Defendant may be dismissed without an Order of the Court.

DATED: February 23, 2021    SO. CAL. EQUAL ACCESS GROUP

By:    */s/  Jason J. Kim*
        Jason J. Kim
        Attorneys for Plaintiff